NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-0245


STATE OF LOUISIANA

VERSUS

WILLIAM HECTOR, III


************

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT,
PARISH OF IBERIA, NO. 03-1493,
HONORABLE LORI A. LANDRY, DISTRICT JUDGE

************

JIMMIE C. PETERS
JUDGE

************

Court composed of John D. Saunders, Jimmie C. Peters, and Billy H. Ezell, Judges.


**AFFIRMED.**

Jeffrey J. Trosclair
Assistant District Attorney—Sixteenth Judicial District Court
St. Mary Parish Courthouse
Franklin, LA 70538
(337) 828-4100
COUNSEL FOR APPELLEE:
    State of Louisiana

William R. Campbell, Jr.
Louisiana Appellant Project

**700 Camp Street**
**New Orleans, LA  70130**
**(504) 528-9500**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    **William Hector, III**